| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X<br>In re:<br><br>PETER FRANCIS SEKESAN<br><br><br>                                                      Debtor(s)<br>---------------------------------------------------------X | *Return Date:* **January 4, 2024**<br>*Time:* **1PM**<br><br>Chapter 13<br>Case No.: 23-74310-845<br><br><br><br>**<u>NOTICE OF MOTION</u>** |

SIRS / MADAMS

      **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Louis A. Scarcella, United States Bankruptcy Judge on the 4th day of JANUARY, 2024 at 1PM., at the United States Bankruptcy Court located at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza – Courtroom 963, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to provide and/or file documents, and for such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than three (3) days prior to the return date of this motion.

| | |
|---|---|
| Dated: Islandia, New York<br>       December 18, 2023 | Yours, etc.<br><br>MICHAEL J. MACCO<br>Chapter 13 Trustee<br>2950 Express Drive South, Suite 109<br>Islandia, New York 11749<br>(631) 549-7908 |

To:    Office of the United States Trustee
        PETER FRANCIS SEKESAN, Debtor(s)
        STEVEN ALPERT, ESQ. Attorney for Debtor(s)
        *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X    **tmm1634**
In re:

Chapter 13
Case No.: 23-74310-845

PETER FRANCIS SEKESAN

                Debtor(s)                **APPLICATION**
--------------------------------------------------------X
TO THE HONORABLE LOUIS A SCARCELLA, UNITED STATES BANKRUPTCY JUDGE:

       MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

       1.  The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on November 16, 2023, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

       2.  As of the date of this motion, the debtor(s) has failed to provide the Trustee with copies of affidavit of contribution; proof post-petition mortgage and solar panels payments for December and January have been paid.

       3.  This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

       **WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       December 18, 2023

                                    *Michael J. Macco*
                                    Michael J. Macco, Chapter 13 Trustee
                                    2950 Express Drive, Suite 109
                                    Islandia, NY  11749
                                    (631) 549-7908

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x   Case No: 23-74310-845
IN RE:
                                     **CERTIFICATE OF SERVICE**
PETER FRANCIS SEKESAN        **BY MAIL AND ELECTRONIC**
                                          **SERVICE**

                              Debtor.
-------------------------------------------------x

        This is to certify that I, Alexandria Jumara, have this day served a true, accurate and correct copy of the within *Notice of Motion and Application,* by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Peter Francis Sekesan*
*1 Crest Road*
*East Merrick, NY 11566*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*Alfonse M. D'Amato U.S. Courthouse*
[USTPRegion02.LI.ECF@usdoj.gov](mailto:USTPRegion02.LI.ECF@usdoj.gov)

*Steven A. Alpert, Esq.*
*Price Law Group APC*
[ENotice@pricelawgroup.com](mailto:ENotice@pricelawgroup.com)
*Attorney for Debtor(s)*

This December 18, 2023

***/s/ Alexandria Jumara***
Alexandria Jumara, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South, Suite 109
Islandia, NY 11749
631-549-7908